UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-2994 FMO (JCx) | Date | **May 1, 2017** |
|---|---|---|---|
| Title | **Doug Duncan v. Deutsche Bank National Trust Company** | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s): Attorney Present for Defendant(s):

None Present None Present

**Proceedings:** **(In Chambers) Order Re: Referral to Bankruptcy Court, Central District of California**

The court is in receipt of plaintiff / debtor Doug Duncan's Complaint (Dkt. 1), which alleges that the court has subject matter jurisdiction pursuant to 28 U.S.C. § 1334, because this action is related to a currently pending bankruptcy action. (See id. at p. 5). Pursuant to 28 U.S.C. § 157(a) and General Order 13-05, IT IS ORDERED THAT the entire matter is referred for all further proceedings to the Bankruptcy Court for the Central District of California, as it is related to a currently pending bankruptcy proceeding, In re Doug Duncan, Case No. BK 17-12364 (Bankr. C.D. Cal.). The Clerk shall serve a copy of this Order to the Bankruptcy Clerk of Court and the assigned Bankruptcy Judge.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |